**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DEMETRIUS FLOWERS**                                                                                         **PLAINTIFF**

V.                                    **CASE NO. 3:07-CV-00115-JMM/BD**

**T. GULTRY, TIFFANY SKAGGES,** *et al.*                                                      **DEFENDANTS**

## ORDER

Pending is a Motion to Set Aside Service of Process (docket entry #13) filed on behalf of John Doe Defendants, "purported Craighead County Defendants." The Court finds that Defendants' Motion should be GRANTED.

Plaintiff Demetrius Flowers, formerly a detainee at the Craighead County Detention Center, filed this *pro se* action under 42 U.S.C. § 1983. In the Complaint, Plaintiff names "others that was [sic] with him at the [same] time" as Defendants. These parties are listed as "Does, Officers, Craighead County Detention Center" on the Court's docket. The Federal Rules of Civil Procedure allow 120 days in which to serve Defendants. Fed. R. Civ. P. 4(m). If Plaintiff wishes to proceed against these parties, he is ordered to ascertain the identity and a valid service address for John Doe Defendants within 90 days of the date of this Order by using the discovery process set forth in Fed. R. Civ. P. 26 through 34. In addition, Plaintiff is to state whether these defendants are being sued in an individual or official capacity. Failure to comply with this Order may result in

dismissal without prejudice of the John Doe Defendants. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 12th day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE