# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEMETRIUS FLOWERS**                                                                **PLAINTIFF**

V.                             **CASE NO. 3:07-CV-00115-JMM/BD**

**T. GULTRY, TIFFANY SKAGGES,** *et al.*                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DISMISSES all claims against Judge Thomas Eisele without prejudice.

IT IS SO ORDERED, this   22    day of    October   , 2007.


_____
UNITED STATES DISTRICT JUDGE