# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEMETRIUS FLOWERS**                                                                **PLAINTIFF**

V.                                    NO. 3:07CV00115-JMM/BD

**TOMMY GUTHRIE, et al.**                                                         **DEFENDANTS**

## ORDER

The Clerk of Court is requested to update the docket listing regarding certain defendants who were incorrectly identified by Plaintiff by changing the name T. Gultry to Tommy Guthrie, and correcting the spelling of Tiffany Skagges to Tiffany Skaggs, as identified in their recent Answer (docket entry #12).

IT IS SO ORDERED this 20th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE