# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEMETRIUS FLOWERS**                                                        **PLAINTIFF**

**V.**                       **No. 3:07CV00115-JMM/BD**

**TOMMY GUTHRIE,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court DISMISSES WITHOUT PREJUDICE Plaintiff's claims against the unknown Doe Defendants pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED, this 29th day of January, 2008.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE