# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEMETRIUS FLOWERS**                                                                                    **PLAINTIFF**

V.                            **CASE NO. 3:07-CV-00115-BD**

**TOMMY GUTHRIE,** *et al.*                                                      **DEFENDANTS**

## ORDER

      The excessive force claim remaining in this case is currently scheduled for trial by the Court on June 26, 2008, at 9:30 a.m., in Little Rock, Arkansas. Due to a scheduling conflict, the matter is hereby rescheduled for trial on June 18, 2008, at 9:30 a.m. All deadlines established in the Scheduling Order (#39), such as pretrial information sheets, witness and exhibit lists, the exchange of exhibits, evidentiary deposition designations, trial briefs and proposed findings of fact and conclusions of law, are now due one week earlier than stated in the Scheduling Order.

      IT IS SO ORDERED this 21st day of April, 2008.

                                                               _____
                                                                UNITED STATES MAGISTRATE JUDGE