**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DEMETRIUS FLOWERS**                                                                 **PLAINTIFF**

V.                              **CASE NO. 3:07-CV-00115-BD**

**TOMMY GUTHRIE,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE